**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FELLOWES, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-1949 |
| v. | ) ) | |
| FINTIE LLC an Ohio Company | ) ) ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Fellowes, Inc. ("FELLOWES") brings this action against Defendant FINTIE LLC ("FINTIE LLC") and alleges as follows:

### I.  JURISDICTION AND VENUE

1. This is a complaint for an injunction, damages, and other appropriate relief to stop Defendant from infringing FELLOWES' copyrights and trademarks.  In this action, FELLOWES asserts violations of the Copyright Act, 17 U.S.C. § 501; of section 43 of the Lanham Act, 15 U.S.C. § 1125(a) (False Designation of Origin, Unfair Competition/False Advertising); and of Illinois common law.

2. This Court has subject matter jurisdiction over FELLOWES' claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

3. This Court has personal jurisdiction over Defendant FINTIE LLC as they have conducted business in this judicial district and have committed tortious conduct in this judicial district.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to FELLOWES' claims occurred in this judicial district.

## II. THE PARTIES

5. Plaintiff FELLOWES is an Illinois corporation with its principal place of business at 1789 Norwood Avenue, Itasca, IL 60143 .

6. Upon information and belief, Defendant FINTIE LLC is an Ohio company with a registered address of 4393 Shire Creek Ct., Hilliard, Ohio, 43026.

## III. FELLOWES' BUSINESS AND IINTELLECTUAL PROPERTY

7. FELLOWES is a world leader in the market for record storage products, shredders, and technology accessories. FELLOWES offers a wide range of products and services, including but not limited to record storage products, such as boxes, including the range of FELLOWES BANKERS BOX brand record storage boxes; technology accessories including keyboards, mice, wrist rests, cell phone cases and screen protectors, as well as a full line of home and office shredders, to name a few.

8. FELLOWES owns a number of trademarks and service marks that it uses to identify its products and services in the marketplace. Among the marks used and owned by FELLOWES is the TOUGHSUIT and ULTRA RUGGED SHOCKINGLY THIN marks used on protective cases for cell phones.

9. Since at least August 1, 2012, FELLOWES has used the TOUGHSUIT mark in interstate commerce.

10. The TOUGHSUIT mark is broadly recognized as a brand identifier for certain FELLOWES' cell phone cases.

11. Since at least September 30, 2013, FELLOWES has used the ULTRA RUGGED SHOCKINGLY THIN mark in interstate commerce.

12. The ULTRA RUGGED SHOCKINGLY THIN mark is broadly recognized as a brand identifier for FELLOWES' cell phone cases.

13. The TOUGHSUIT mark is used in interstate commerce in connection with the sale, offering for sale, distribution, and advertising of FELLOWES's products and services.

14. The TOUGHSUIT mark is distinctive and was distinctive at the time of all acts alleged herein.

15. As a result of FELLOWES's substantial investment, the TOUGHSUIT mark has developed extensive goodwill in the market. Accordingly, the TOUGHSUIT mark is extremely valuable to FELLOWES.

16. The ULTRA RUGGED SHOCKINGLY THIN mark is used in interstate commerce in connection with the sale, offering for sale, distribution, and advertising of FELLOWES's products and services.

17. The ULTRA RUGGED SHOCKINGLY THIN mark is distinctive and was distinctive at the time of all acts alleged herein.

18. As a result of FELLOWES's substantial investment, the ULTRA RUGGED SHOCKINGLY THIN mark has developed extensive goodwill in the market. Accordingly, the ULTRA RUGGED SHOCKINGLY THIN mark is extremely valuable to FELLOWES.

19. FELLOWES has applied to the United States Copyright Office for a registration certificate for a work entitled "Enhanced Grip Icon". A copy of the deposit and application for registration is attached as Exhibit A.

20. FELLOWES has applied to the United States Copyright Office for a registration certificate for a work entitled "Shock Resistant". A copy of the deposit and application for registration is attached as Exhibit B.

21. FELLOWES has applied to the United States Copyright Office for a registration certificate for a work entitled "Hard Shell Protection Icon". A copy of the deposit and application for registration is attached as Exhibit C.

22. FELLOWES has applied to the United States Copyright Office for a registration certificate for a work entitled "1 Year Limited Warranty Icon". A copy of the deposit and application for registration is attached as Exhibit D.

### IV. DEFENDANT' UNLAWFUL ACTIONS

23. Upon information and belief, Defendant operates the internet website www.fintie.com, which is accessible via a computer in this judicial district.

24. Upon information and belief, Defendant has sold cell phone cases associated with the "TOUGH SUIT" and "ULTRA RUGGED SHOCKINGLY THIN" marks, in this judicial district. A copy of a package label for such an order is attached here as Exhibit E.

25. Upon information and belief, Defendant offers product for sale and sells product on third party websites such as amazon.com, which is accessible via a computer in this judicial district. A copy of such an offer for sale is attached here as Exhibit F.

26. Upon information and belief, the Amazon offer for sale includes the marks "TOUGH SUIT" and "ULTRA RUGGED SHOCKINGLY THIN" in association with cell phone cases.

27. Upon information and belief, the Amazon offer for sale includes unauthorized copies of Fellowes' Enhanced Grip Icon work, Shock Resistant Icon work, Hard Shell Protection Icon work, and 1 Year Limited Warranty Icon work.

28. Upon information and belief, Defendant offers product for sale and sells product on third party websites such as walmart.com, which is accessible via a computer in this judicial district. A copy of such offer for sale is attached here as Exhibit G.

29. Upon information and belief, the Walmart offer for sale includes the marks "TOUGH SUIT" and "ULTRA RUGGED SHOCKINGLY THIN" in association with cell phone cases.

30. Upon information and belief, the Walmart offer for sale includes unauthorized copies of Fellowes' Enhanced Grip Icon work, Shock Resistant Icon work, Hard Shell Protection Icon work, and 1 Year Limited Warranty Icon work.

FIRST CLAIM FOR RELIEF

Copyright Infringement ---17 U.S.C. § 501

31. FELLOWES realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 30 above.

32. Defendant has copied FELLOWES' "Enhanced Grip Icon" work.

33. Defendant has displayed or caused to be displayed FELLOWES' "Enhanced Grip Icon" work on the Amazon website.

34. Defendant has displayed or caused to be displayed FELLOWES' "Enhanced Grip Icon" work on the Amazon website.

35. At no time has FELLOWES authorized or permitted Defendant to copy or display the "Enhanced Grip Icon" work.

36. Defendant's acts of copyright infringement have caused and will continue to cause damage to FELLOWES, in an amount to be proved at trial, and is causing irreparable harm to FELLOWES for which there is no adequate remedy at law. FELLOWES is also entitled to statutory and treble damages, and is also entitled to injunctive relief.

## SECOND CLAIM FOR RELIEF

Copyright Infringement ---17 U.S.C. § 501

37. FELLOWES realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 36 above.

38. Defendant has copied FELLOWES' "Hard Shell Protection Icon" work.

39. Defendant has displayed or caused to be displayed FELLOWES' "Hard Shell Protection Icon" work on the Amazon website.

40. Defendant has displayed or caused to be displayed FELLOWES' "Hard Shell Protection Icon" work on the Amazon website.

41. At no time has FELLOWES authorized or permitted Defendant to copy or display the "Hard Shell Protection Icon" work.

42. Defendant's acts of copyright infringement have caused and will continue to cause damage to FELLOWES, in an amount to be proved at trial, and is causing irreparable harm to FELLOWES for which there is no adequate remedy at law. FELLOWES is also entitled to statutory and treble damages, and is also entitled to injunctive relief.

## THIRD CLAIM FOR RELIEF

Copyright Infringement ---17 U.S.C. § 501

43. FELLOWES realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 42 above.

44. Defendant has copied FELLOWES' "Shock Resistant Icon" work.

45. Defendant has displayed or caused to be displayed FELLOWES' "Shock Resistant Icon" work on the Amazon website.

46. Defendant has displayed or caused to be displayed FELLOWES' "Shock Resistant Icon" work on the Amazon website.

47. At no time has FELLOWES authorized or permitted Defendant to copy or display the "Shock Resistant Icon" work.

48. Defendant's acts of copyright infringement have caused and will continue to cause damage to FELLOWES, in an amount to be proved at trial, and is causing irreparable harm to FELLOWES for which there is no adequate remedy at law. FELLOWES is also entitled to statutory and treble damages, and is also entitled to injunctive relief.

FOURTH CLAIM FOR RELIEF

Copyright Infringement ---17 U.S.C. § 501

49. FELLOWES realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 48 above.

50. Defendant has copied FELLOWES' "1 Year Limited Warranty Icon" work.

51. Defendant has displayed or caused to be displayed FELLOWES' "1 Year Limited Warranty Icon" work on the Amazon website.

52. Defendant has displayed or caused to be displayed FELLOWES' "1 Year Limited Warranty Icon" work on the Amazon website.

53. At no time has FELLOWES authorized or permitted Defendant to copy or display the "1 Year Limited Warranty Icon" work.

54. Defendant's acts of copyright infringement have caused and will continue to cause damage to FELLOWES, in an amount to be proved at trial, and is causing irreparable harm to FELLOWES for which there is no adequate remedy at law. FELLOWES is also entitled to statutory and treble damages, and is also entitled to injunctive relief.

FIFTH CLAIM FOR RELIEF

(False Designation of Origin Under the Lanham Act - 15 U.S.C. § 1125(a))

55. FELLOWES realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 54 above.

56. Defendant has used and continues to use the TOUGHSUIT mark in connection with goods or services, in commerce, in a manner that is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of such goods or services.

57. FELLOWES has been damaged by these acts in an amount to be proved at trial. FELLOWES is also entitled to injunctive and equitable relief against Defendant.

## SIXTH CLAIM FOR RELIEF
(False Designation of Origin Under the Lanham Act - 15 U.S.C. § 1125(a))

58. FELLOWES realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 57 above.

59. Defendant has used and continues to use the ULTRA RUGGED SHOCKINGLY THIN mark in connection with goods or services, in commerce, in a manner that is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of such goods or services.

60. FELLOWES has been damaged by these acts in an amount to be proved at trial. FELLOWES is also entitled to injunctive and equitable relief against Defendant.

## SEVENTH CLAIM FOR RELIEF
(Unfair Competition/False Advertising Under the Lanham Act - 15 U.S.C. § 1125(a))

61. FELLOWES realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 60 above.

62. Upon information and belief, Defendant has used and continues to use the language and symbols indicating that the Fintie cell phone case is "Military Standard Approved". Upon information and belief, Fintie's cell phone cases, such as those shown in Exhibits F and G have not been tested to a "Military Standard", nor have Fintie's cell phone cases been approved by a certification body or organization charged with establishing a "Military Standard".

63. Upon information and belief, Defendant is using false and misleading descriptions or representations of fact in commercial advertising or promotion, thereby misrepresenting the nature, characteristics, and qualities of their or another person's goods, services, or commercial activities.

64. FELLOWES has been damaged by these acts in an amount to be proved at trial. FELLOWES is also entitled to injunctive and equitable relief against Defendant.

## EIGHTH CLAIM FOR RELIEF
(Illinois Common Law Unfair Competition)

65. FELLOWES realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 63 above.

66. Defendant' use of the "TOUGHSUIT" and "ULTRA RUGGED SHOCKINGLY THIN" marks constitutes unfair competition proscribed by Illinois Common Law. Defendant' conduct has caused and will continue to cause damage to FELLOWES, and is causing irreparable harm to FELLOWES for which there is no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, FELLOWES respectfully requests that the Court enter judgment against Defendant, jointly and severally, as follows:

1. That the Court issue injunctive relief against Defendant, and that Defendant, its officers, agents, representatives, servants, employees, attorneys, successors and assignees, and all others in active concert or participation with Defendant, be enjoined and restrained from:

   a) using FELLOWES's trade names, trademarks, or service marks, or any version thereof, in connection with the description, marketing, promotion, advertising, or sale of any products or services;

   b) infringing FELLOWES's trademarks and service marks;

9

    c)    copying, displaying, or otherwise infringing FELLOWES's copyrighted works;

    d)    unfairly competing with FELLOWES;

    e)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs a) through d) above.

2.    That the Court award FELLOWES actual damages, liquidated damages and statutory damages, in amount to be proven at trial;

3.    That the Court award FELLOWES treble damages, in an amount to be proven at trial, pursuant to Section 35(a) of the Lanham Act.

4.    That the Court award FELLOWES its attorneys' fees and costs incurred herein; and

5.    That the Court grant FELLOWES all other relief to which it is entitled and such other or additional relief as is just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury for any issue triable of right by a jury.

Dated: March 4, 2015

/s/Peter J. Shakula
Peter J. Shakula
Wood, Phillips, Katz, Clark, and Mortimer
500 W. Madison St., Suite 1130
Chicago, IL 60661-2562
T (312)876-1800
F (312)876-2020
*Attorney for Plaintiff*
Fellowes, Inc.